UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO MARENCO, individually and on behalf of others similarly situated,

Plaintiff,

vs.

VISA INC., a Delaware corporation,

Defendant.

Case No. CV 10-8022 DMG (VBK)

**DECLARATION OF JENNIFER M. KEOUGH RE: NOTICE DISSEMINATION AND PUBLICATION**

JENNIFER M. KEOUGH declares and states as follows:

1. I am Executive Vice President, Operations of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. GCG has been providing comprehensive legal administrative services for over 25 years, and has served as administrator for over 2,500 cases. In the course of its history, GCG has mailed over 275 million notices, disseminated over 650 million emails, handled over 28 million calls, processed tens of millions of claims, and distributed over $30 billion in settlement benefits.

3. GCG was appointed, pursuant to Section 3 of the Court's Order Granting Preliminary Approval to Class Action Settlement; Provisionally Certifying Settlement Class; and

Approving Forms of Notice and Notice Plan dated July 20, 2011 ("Preliminary Approval Order"), to serve as the Settlement Administrator in the above-captioned litigation (the "Litigation"). I submit this Declaration in order to provide the Court and the Parties to the Litigation with information regarding the mailing of the Court-approved Notice of Proposed Class Action Settlement (the "Notice"), the Claim Form ("Claim Form") and the Exclusion Form ("Exclusion Form"), (collectively, the "Notice Packet"), as well as the publication of the Summary Notice, and establishment of the website and toll-free number dedicated to this Settlement, in accordance with the Preliminary Approval Order.[1]

## DISSEMINATION OF THE NOTICE PACKET

4. GCG was responsible for disseminating the Notice Packet to potential Class Members in this Litigation. By definition, as described in Paragraph 2.25 of the Class Action Settlement Agreement ("Settlement Agreement"), a member of the Settlement Class means all Persons who – excluding Defendant, its parent, subsidiaries and affiliates, and any officers and directors thereof, as well as any judge presiding over this action, the judge's spouse and immediate family – called any Affected Phone Line prior to October 1, 2010 and spoke with a live person, and who at the time of the call resided or were located in California, Florida, Maryland, Nevada, New Hampshire, or Washington. On July 29, 2011, GCG received from Defendant's Counsel electronic files with 494,452 records, and was advised that the files contained the list of potential Class Member names and addresses ("Notice List") as specified in Section 3 of the Preliminary Approval Order. On or about July 29, 2011, GCG loaded this data

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Class Action Settlement Agreement and/or Preliminary Approval Order.

into a database created for the Litigation. Prior to the mailing, GCG conducted a National Change of Address ("NCOA")[2] search to ascertain and update each potential Class Member's address. The NCOA resulted in 67,721 address updates. Thereafter, GCG removed 95,297 duplicates from the Notice List. Additionally, GCG removed four records with no name or street address information.

5. Pursuant to Section 3 of the Preliminary Approval Order, the Notice Packet was to be sent to the Notice List no later than August 17, 2011. GCG formatted the Notice Packet, and caused it to be printed, personalized with the name and address of each potential Class Member, posted for first-class mail, postage prepaid, and delivered on August 16, 2011 (the "Notice Date") to a United States Post Office for mailing to the potential Class Members on the Notice List.

6. On the Notice Date, 399,151 copies of the Notice Packet were mailed. A copy of the Notice Packet is attached hereto as Exhibit A.

**PUBLICATION OF THE SUMMARY NOTICE**

7. Pursuant to Paragraphs 8.4.1 through 8.4.5 of the Settlement Agreement, the publications, the online advertising components and the posting of the Notice on the Top Class Actions website were implemented pursuant to the Notice Plan. Greater detail regarding the online advertising components, the publication of the Summary Notice and confirmation of publication are included in the Declaration of Jeanne C. Finegan.

[2] The NCOA database is the official United States Postal Service technology product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream. This product is an effective tool to update address changes when a person has completed a change of address form with the Post Office. The address information is maintained on the database for 48 months.

## TOLL-FREE NUMBER

8. Beginning on August 5, 2011, GCG established and continues to maintain an automated toll-free telephone number (1-888-312-5688), to accommodate inquiries from Class Members and to respond to frequently asked questions. The interactive voice response system dedicated to this Settlement is accessible 24 hours a day, 7 days a week. During business hours, Class Members have the option of speaking directly to a live representative. Class Members who call during non-business hours have the option of leaving a voice message requesting either a Notice Packet or a return call from a call center representative. As of October 20, 2011, there have been 4,817 calls to the automated number. GCG has and will continue to expeditiously handle Class Member inquiries.

## WEBSITE & ELECTRONIC MAIL

9. GCG established and is maintaining a website dedicated to this settlement (www.CallRecordingSettlement.com) to provide additional information to Class Members and to answer frequently asked questions. Users of the website can download a copy of the Notice, Claim Form, Exclusion Form, Settlement Agreement, and the Preliminary Approval Order, among other relevant documents. The web address was set forth in the published Summary Notice, and the mailed Notice. Pursuant to section 3 of the Preliminary Approval Order, the settlement website was to be posted no later than August 10, 2011. The settlement website was operational beginning on August 8, 2011, and is accessible 24 hours a day, 7 days a week. As of October 20, 2011, the website has received 101,116 visits.

10. In accordance with Section 5 of the Preliminary Approval Order, Class Counsel's motion for attorneys' fees, costs, and expenses and enhancement fees was posted to the settlement website on October 17, 2011.

11. GCG also set up and continues to maintain an e-mail address (callrecordingsettlement@gcginc.com), where Class Members can submit questions regarding the Settlement. Class Members also have the option to submit Claim Forms via e-mail to this address. GCG promptly responds to all e-mail inquiries.

## UNDELIVERABLES

12. As of October 20, 2011, GCG has received 2,934 Notice Packets returned by the U.S. Postal Service with forwarding address information. Notice Packets returned by the U.S. Postal Service with forwarding address information were promptly remailed to the updated addresses provided.

13. As of October 20, 2011, GCG has received 51,830 Notice Packets returned by the U.S. Postal Service without forwarding address information.

## CLAIM SUBMISSIONS

14. In accordance with Section 3 of the Preliminary Approval Order, and pursuant to the terms outlined in the Notice Packet, Class Members who wish to file a claim are required to submit a complete Claim Form to GCG either postmarked by mail or received via facsimile or email by October 19, 2011. As of October 20, 2011, GCG has received 14,124 timely Claim Forms. GCG presently estimates the gross recovery for non-California callers to be approximately $275 and the gross recovery for California callers to be approximately $1,375. As the Claim Form deadline for mailed submissions is a postmark deadline, GCG anticipates continued receipt of timely Claim Forms.

## EXCLUSIONS AND OBJECTIONS

15. In accordance with Section 3 of the Preliminary Approval Order, and pursuant to Paragraph 9.11 of the Settlement Agreement, Class Members who wish to be excluded from the

Class are required to submit an Exclusion Form either postmarked by mail or received via facsimile or email by October 19, 2011. As of October 20, 2011, GCG has received 1,955 unique, timely and valid Exclusion Forms. Pursuant to the Notice approved by the Court, Class Members who submitted both an Exclusion Form and a Claim Form were included in the Class.

16. In accordance with Section 4 of the Preliminary Approval Order, and pursuant to Paragraph 9.15 of the Settlement Agreement, Class Members who wish to object to the Settlement are required to do so in writing so that the request is delivered to Class Counsel and Counsel for Defendant and filed with the Court no later than November 7, 2011. This deadline has not yet passed. As of October 20, 2011, GCG has not directly received any objections from Class Members.

**CLAIMS ADMINISTRATION COSTS**

17. Pursuant to Paragraph 5.1 of the Settlement Agreement, claims administration costs and notice costs are to be paid from the Settlement Amount. The Settlement Administrator presently estimates cumulative notice and claims administration costs to be between $1,150,000 and $1,180,000. This amount is inclusive of publication and postage costs incurred to date and estimated for the future distribution of awards.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 21, 2011, at Seattle, Washington.

Jennifer M. Keough

# Exhibit A

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

***Marenco vs. Visa Inc.***

United States District Court, Central District of California,
Case No. CV10-8022 DMG (VBK)

**PLEASE READ THIS NOTICE CAREFULLY. THIS NOTICE CONTAINS IMPORTANT INFORMATION CONCERNING A PROPOSED CLASS ACTION SETTLEMENT THAT AFFECTS THE RIGHTS OF PERSONS WHO CALLED CERTAIN CUSTOMER SERVICE TELEPHONE NUMBERS IN CONNECTION WITH CERTAIN PREPAID VISA DEBIT CARDS BEFORE OCTOBER 1, 2010.**

The purpose of this Notice ("Notice") is to inform you of pending class action litigation, a proposed settlement in that litigation ("Settlement"), and of a hearing to be held by the Court in which you can comment on or object to the Settlement. This Notice describes subject matter of the litigation, the basic terms of the Settlement, any rights you may have in connection with the Settlement, the fairness hearing to be held by the Court, and what actions you may take if you are a member of the Class. A full version of the Class Action Settlement Agreement ("Settlement Agreement"), and other information about the litigation, is available at the following website: www.callrecordingsettlement.com (the "Website").

The factual statements in this Notice are based on information provided to the Court by the Parties and are not findings of the Court on the merits of the claims or defenses asserted by any of the Parties. This Notice is <u>only</u> intended to inform you of your rights under the terms of the Settlement.

TO RECEIVE A SHARE OF THE SETTLEMENT, YOU MUST FILL OUT AND RETURN A CLAIM FORM INCLUDED WITH THIS LETTER OR AVAILABLE ON THE WEBSITE. THE CLAIM FORM MUST BE POSTMARKED, EMAILED OR FAXED BY OCTOBER 19, 2011. IF YOU DO NOT RETURN A CLAIM FORM BY THIS DEADLINE, YOU WILL NOT RECEIVE MONEY UNDER THE SETTLEMENT, BUT UNLESS YOU EXCLUDE YOURSELF FROM THE SETTLEMENT YOU WILL BE BOUND BY THE TERMS OF THE SETTLEMENT, INCLUDING THE RELEASE OF CLAIMS.

## I. WHAT THIS NOTICE IS ABOUT

A class action lawsuit (the "Lawsuit") against Visa Inc. is currently pending in the U.S. District Court for the Central District of California before the Honorable Dolly M. Gee, U.S. District Court Judge. The Plaintiff alleges that persons who called certain customer service telephone numbers and spoke to a customer service representative had their telephone conversations recorded without notice to or the consent of all parties, allegedly in violation of certain statutes in California, Florida, Maryland, New Hampshire, Nevada, and Washington.

The Lawsuit is brought on behalf of all persons who (i) called any Affected Phone Line prior to October 1, 2010 and spoke with a live person, and (ii) at the time of the call resided or were located in California, Florida, Maryland, Nevada, New Hampshire, or Washington.

The Affected Phone Lines are customer service phone numbers for some kinds of prepaid Visa debit cards. Not every card with a Visa logo on it is a prepaid Visa debit card. Credit cards and debit cards that are linked to a checking or savings account are not prepaid debit cards. Also, not every prepaid Visa debit card used one of these phone numbers as a customer service line, so even if you have or had a prepaid Visa debit card, you are not necessarily a member of the Class.

The Affected Phone Lines are:

| (800) 504-5719 | (866) 309-4933 | (866) 543-9161 | (866) 798-2045 | (866) 906-4123 |
|---|---|---|---|---|
| (800) 504-5724 | (866) 309-4934 | (866) 543-9167 | (866) 798-2084 | (866) 906-4130 |
| (866) 209-4909 | (866) 309-4937 | (866) 594-6378 | (866) 798-2112 | (866) 906-4168 |
| (866) 210-3170 | (866) 317-9691 | (866) 594-6438 | (866) 798-2226 | (866) 906-4170 |
| (866) 213-3293 | (866) 317-9692 | (866) 599-5618 | (866) 798-2272 | (866) 909-9003 |
| (866) 236-7967 | (866) 317-9693 | (866) 602-8199 | (866) 798-2992 | (866) 910-4750 |
| (866) 236-7969 | (866) 335-9097 | (866) 620-1329 | (866) 798-3080 | (866) 913-0886 |
| (866) 262-7438 | (866) 360-2842 | (866) 620-1367 | (866) 798-3113 | (866) 928-9237 |
| (866) 262-7439 | (866) 360-2857 | (866) 620-1368 | (866) 809-2676 | (866) 928-9245 |
| (866) 262-9488 | (866) 360-2864 | (866) 673-6574 | (866) 809-2679 | (877) 237-4321 |
| (866) 262-9977 | (866) 361-3867 | (866) 692-9282 | (866) 839-7481 | (877) 703-5850 |
| (866) 270-9602 | (866) 416-5689 | (866) 707-4346 | (866) 839-7599 | (877) 876-4089 |
| (866) 270-9603 | (866) 436-1824 | (866) 708-9366 | (866) 840-2570 | (888) 294-2249 |
| (866) 271-2933 | (866) 436-1964 | (866) 763-3370 | (866) 840-2930 | (888) 373-2883 |
| (866) 271-3934 | (866) 436-1965 | (866) 763-3372 | (866) 840-3476 | (888) 373-2884 |
| (866) 271-7780 | (866) 436-1970 | (866) 767-0810 | (866) 840-3792 | (888) 373-5707 |
| (866) 272-2723 | (866) 446-6770 | (866) 791-0548 | (866) 853-0146 | (888) 373-5715 |
| (866) 272-4480 | (866) 446-6790 | (866) 791-6841 | (866) 853-8406 | (888) 373-5727 |
| (866) 287-2411 | (866) 446-6805 | (866) 791-6843 | (866) 884-6106 | (888) 373-5737 |
| (866) 304-1164 | (866) 446-6976 | (866) 791-7431 | (866) 887-1376 | (888) 373-5771 |
| (866) 304-1554 | (866) 466-2352 | (866) 791-8848 | (866) 887-9588 | (888) 373-5775 |
| (866) 304-1580 | (866) 466-2362 | (866) 791-9611 | (866) 902-1482 | (888) 373-5781 |
| (866) 304-1909 | (866) 543-9126 | (866) 791-9615 | (866) 902-4339 | (888) 373-5811 |
| (866) 304-8680 | (866) 543-9160 | (866) 791-9989 | (866) 902-7469 | (888) 654-5188 |
| (888) 738-1697 | | | | |

To determine whether you are a member of the Class, look at the back of your prepaid Visa debit card to see if one of the numbers listed above is provided as the customer service phone number. You are a member of the Class only if you called one of the Affected Phone Lines listed above before October 1, 2010 and spoke with a live person, and at the time of the call you resided in or were located in California, Florida, Maryland, Nevada, New Hampshire, or Washington. Visa's officers and directors, the judge, and the judge's spouse and immediate family are excluded from the Class.

The Parties have exchanged detailed information about the claims, defenses, and alleged damages. Specifically, Class Counsel made a thorough investigation of the facts and circumstances surrounding the allegations made in the Complaint and engaged in extensive investigation of the claims underlying this Action, including propounding and receiving from Defendant responses to extensive questions regarding the subject matter of the Complaint. After lengthy settlement negotiations and two all-day mediation sessions overseen by independent and experienced mediators, the Settlement was reached. The Settlement Agreement is not an admission by the Defendant of any liability or wrongdoing.

On July 20, 2011, the Court preliminarily approved the Settlement and provisionally certified a Settlement Class ("Class"). The Class consists of all persons who called any Affected Phone Line (the phone numbers listed above) prior to October 1, 2010 and spoke to a live person, and who at the time of the call resided in or were located in California, Florida, Maryland, Nevada, New Hampshire, or Washington. If you received this Notice in the mail, Visa's records suggest you may have a prepaid Visa debit card with an Affected Phone Line as the customer service phone number, and may be entitled to receive a share of the Settlement proceeds if you called that number and spoke with a live person.

## II. TERMS OF THE SETTLEMENT

Subject to the Court's approval, the terms of the Settlement are as follows:

A. **Total Payment to the Class.** Visa will pay total consideration in the sum of Eighteen Million Dollars ($18,000,000) which shall be placed into an interest bearing escrow account following preliminary approval of the Settlement (the "Gross Settlement Amount").

B. **Enhancement Fees, Attorneys' Fees and Litigation Costs.** From the Gross Settlement Amount, Class Representatives and Class Counsel will ask the Court to award a maximum of Eighteen Thousand Dollars ($18,000) to the Class Representative as compensation for being the Plaintiff in the Action and in settlement of his claims ("Enhancement Payment") and to award attorneys' fees for Class Counsel in an amount not to exceed Four Million Five Hundred Thousand Dollars ($4,500,000) plus expenses incurred by Class Counsel. The motion(s) by Class Counsel for attorneys' fees and costs and Enhancement Payment for the Class Representative will be available for viewing on the Website after they are filed. These awards will be subject to Court approval.

In addition, all expenses incurred in administering the terms of the Settlement Agreement, such as providing notice to the Class of the pendency of the Settlement, the acceptance of claims on behalf of the Class and the payment of Settlement funds, as well as all other aspects of the claims administration process, shall be paid for from the Gross Settlement Amount.

C. **Distribution of Net Settlement Amount to Class.** The remainder of the Gross Settlement Amount following the payments described in paragraph B above (the "Net Settlement Amount") will be divided among those who file a timely claim and prove to the Settlement Administrator that they are in the Class. Callers from California will receive five times the amount that callers from Florida, Maryland, New Hampshire, Nevada, or Washington will receive, but with that exception everyone who shows that he or she is in the Class will receive the same amount, up to a maximum for California callers of $5,000 and a maximum for callers from the other five states of $1,000. The Settlement Administrator's decision about whether a person is in the Class, and what state he or she resided in or called from, will be binding, final, and non-appealable.

Any unclaimed or undistributed funds will be given to charities proposed by the Parties and approved by the Court.

**YOU DO NOT NEED TO CALCULATE THE AMOUNT OWED TO YOU – THE SETTLEMENT ADMINISTRATOR WILL DO THAT. HOWEVER, TO RECEIVE YOUR PORTION OF THE SETTLEMENT AMOUNT, YOU MUST FILL OUT AND EMAIL, MAIL OR FAX A CLAIM FORM.**

## III. YOUR RIGHTS AND OPTIONS

You have four options under the Settlement: (1) claim your share of money under the Settlement; (2) object; (3) do nothing (*but recognize that doing nothing will result in the release of your right to bring certain claims against Visa and Related Persons*); or (4) exclude yourself from the Settlement.

1. **To Claim Money Under the Settlement.** If you wish to receive money under the Settlement, you must complete a Claim Form, without redaction, deletion or revision of any language on the form, attest to the accuracy of your information under penalty of perjury with your signature, and submit it by email, fax or mail to the address listed on the Claim Form.

**YOUR CLAIM FORM MUST BE POSTMARKED, EMAILED OR FAXED BY NO LATER THAN OCTOBER 19, 2011.** If your Claim Form is not postmarked, emailed or faxed by October 19, 2011, or is incomplete, you will not receive any proceeds from the Settlement. If you lose, misplace, or require another Claim Form, you should immediately contact Class Counsel or go to www.callrecordingsettlement.com.

**2. To Object to the Settlement.** If you wish to object to the Settlement, then on or before November 7, 2011, you must serve a written objection on all parties' Counsel that clearly and concisely explains the legal and factual basis for your objection. You should serve copies of your objection on the following attorneys:

CLASS COUNSEL:

Gregory N. Karasik
greg@spiromoss.com
**Spiro Moss LLP**
11377 West Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683

Sahag Majarian
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Blvd.
Tarzana, CA 91356

COUNSEL FOR VISA:

Robert C. Holtzapple
rholtzapple@fbm.com
Thomas B. Mayhew
tmayhew@fbm.com
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Perrie M. Weiner
Perrie.weiner@dlapiper.com
Edward D. Totino
edward.totino@dlapiper.com
**DLA PIPER LLP (US)**
1999 Avenue of the Stars, 4th Floor
Los Angeles, CA 90067

Any objection should include: (1) the name of this Litigation (Marenco vs. Visa Inc., Case No. CV10-8022 DMG (VBK)); (2) the Class Member's name; (3) the Class Member's address; (4) the Class Member's telephone number; and (5) a statement that the Class Member called an Affected Phone Line and spoke with a live person prior to October 1, 2010.

All objections must be signed. If you file a written objection to the Settlement, you or your attorney may also appear in Court to argue your objection at the Final Approval Hearing. The address of the Court and the date, time, and place of the Final Approval Hearing are set forth in Section VI of this Notice.

If you do not object in the manner described above, you shall be deemed to have waived any objections, and shall forever be foreclosed from objecting to the definition of the Class, the fairness or adequacy of the proposed Settlement, the scope of the release, the payment of Class Counsel's attorneys' fees and litigation expenses, the Enhancement Payment to the named Plaintiff, and any other aspect of the Settlement.

If you intend to object to the Settlement but also wish to receive your share of the Settlement if it is approved by the Court, you must also submit a timely and valid Claim Form as explained above.

**3. If You Do Nothing.** If you do nothing, you will not receive any payment under the Settlement. However, you will still be bound by the terms of the Settlement, including the release of certain claims, as set forth in Section IV below.

**4. To Exclude Yourself from the Class and from the Settlement.** If you wish to exclude yourself ("opt out") from the Settlement, you must complete the Exclusion Form, without redaction, deletion or revision, and return it by mail, email, or fax as directed at the bottom of this notice. The Exclusion Form is available at the following website: www.callrecordingsettlement.com. To be valid, the request for exclusion must be postmarked, e-mailed or faxed no later than October 19, 2011. If you submit a request for exclusion after October 19, 2011, your request for exclusion will not be valid and you will remain a member of the Class and be bound by the terms of the Settlement, including the release of claims set forth in Section IV below.

If you submit a timely and valid request for exclusion, you will no longer be a member of the Class and will receive no money under the Settlement, but you will retain whatever claims you may have against Visa Inc. and its Related Persons with regard to the Settled Claims.

DO NOT SUBMIT BOTH THE CLAIM FORM AND AN EXCLUSION FORM. IF YOU SUBMIT BOTH, THE EXCLUSION FORM WILL BE INVALID, AND YOU WILL BE INCLUDED IN THE CLASS, AT WHICH POINT YOU WILL BE BOUND BY THE TERMS OF THE SETTLEMENT.

## IV. RELEASE OF CLAIMS

IF YOU MAKE A CLAIM, **OR IF YOU DO NOTHING**, YOU WILL RELEASE KNOWN AND UNKNOWN CLAIMS AGAINST DEFENDANT AND ITS RELATED PARTIES AS EXPLAINED IN THIS SECTION.

If you do not exclude yourself from the Settlement, as described in Section III above, you shall be deemed to have, and by operation of the Final Order and Judgment shall have, fully, finally and forever released, relinquished, and discharged all Released Claims against Visa and its Related Persons.

"Related Persons" means the Clients (which means persons with whom Visa has or had an agreement to provide call center services), the Issuers (which means issuing banks or financial institutions for any card that had an Affected Phone Line on the back of the card as the phone number to contact for customer service), and each of their or Defendant's past or present directors, officers, employees, partnerships and partners, principals, agents, controlling shareholders, any entity in which the Clients, the Issuers, or Defendant have a controlling interest, or which directly or indirectly has a controlling interest in the Clients, the Issuers or Defendant, the Clients', the Issuers' or Defendant's attorneys, accountants, auditors, advisors, vendors, experts, consultants, insurers, co-insurers and reinsurers, predecessors, successors, subsidiaries, divisions, assigns, joint ventures and joint venturers, related or affiliated entities, individuals or entities and all others acting in concert with Defendant, the Clients or the Issuers.

The Released Claims include any and all claims, actions, demands, rights, liabilities, suits, causes of action, claims for damages, claims for injunctive relief, and claims for equitable relief, of every nature and description whatsoever, including Unknown Claims, as defined below, that were asserted or could or might have been asserted in any pleading or amended pleading by, or on behalf of the Class Representative or Class, or by any of the other Class Members against Defendant or its Related Persons, based upon, arising from, or related to the facts alleged in such pleadings, including, but not limited to (1) the recording or monitoring of any telephone calls by the Defendant or its Related Persons, or (2) the facts, transactions, events, occurrences, disclosures, statements, acts or omissions or failures to act which were or could have been alleged in the Lawsuit or any similar action based upon the same facts. Released Claims shall not include claims based on the monitoring or recording of a telephone call made by a Class Member while a Class Member was neither located in, nor residing in, California, Florida, Maryland, Nevada, New Hampshire or Washington at the time of such call.

The Class Representative and each Class Member may later discover facts in addition to or different from those which he or she now knows or believes to be true with respect to the subject matter of the Released Claims ("Unknown Claims"). Unknown Claims cover any Claims which the Class Representative or any Class Member does not know or suspect to exist in his, her or its favor at the time of the release which, if known by him, her or it, might have affected his, her or its settlement with and release of the Released Persons, or might have affected his, her or its decision not to object to this Settlement. With respect to any and all Released Claims against the Released Persons, the Class Representative expressly waives and relinquishes, and the other Class Members shall be deemed to have, and by operation of the Judgment shall have, expressly waived and relinquished, to the fullest extent permitted by law, (a) the provisions, rights, and benefits conferred by § 1542 of the California Civil Code, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

and (b) any law of any state or territory of the United States, Federal law or principle of common law, or of international or foreign law, which is similar, comparable or equivalent to § 1542 of the California Civil Code.

## V. CLASS COUNSEL RECOMMEND THE SETTLEMENT

Class Counsel believe that it is in the best interest of the Class Members that the Lawsuit be settled on the terms and conditions set forth in the Settlement Agreement. Class Counsel reached that conclusion after evaluating the factual and legal issues in the Lawsuit, the benefits that the Class Members will receive as a result of the Lawsuit, and the risks and uncertainties of continued litigation, the expense that would be necessary to prosecute the Lawsuit through trial and through any appeals that might be taken, and the likelihood of success at trial.

## VI. FINAL APPROVAL HEARING

The Court will hold a hearing on November 28, 2011 at 9:30 A.M. to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. At that hearing, the Court will also rule on Class Counsel's motion for attorneys' fees, litigation expenses, and Class Representative's Enhancement Payment. The Court is located at 312 N. Spring Street, Los Angeles, CA 90012. The hearing may be continued without further notice to the Class. YOU ARE NOT REQUIRED TO ATTEND THE HEARING, BUT MAY DO SO IF YOU CHOOSE.

## VII. EXAMINATION OF PAPERS AND INQUIRIES

This Notice contains only a summary of the terms of the proposed Settlement. You may view and download the Settlement Agreement and other documents at the website of the Settlement Administrator at www.callrecordingsettlement.com. You may also review the pleadings, and other papers filed in the Lawsuit, which may be inspected at the Office of the Clerk of the U.S. District Court, Central District, Western Division, Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA 90012.

If you have additional questions about the Settlement, you may contact Class Counsel at the address and telephone numbers listed below. PLEASE DO NOT TELEPHONE THE COURT, VISA, YOUR PREPAID VISA DEBIT CARD ISSUING BANK, OR DEFENSE COUNSEL ABOUT THIS NOTICE.

## VIII. MAILING ADDRESS, EMAIL AND FAX NUMBER FOR ALL FORMS & CONTACT INFORMATION FOR CLASS COUNSEL/ADMINISTRATOR

Please use the following email address, fax number or mailing address for submitting a Claim Form or Exclusion Form:

Settlement Administrator Email: CallRecordingSettlement@gcginc.com

Settlement Administrator Fax: (206) 876-5295

Settlement Administrator Address: Marenco v. Visa Inc.
c/o The Garden City Group, Inc.
P.O. Box 9725
Dublin, OH 43017-5625

You only need to submit your Claim Form or Exclusion Form once, by mail, by email, OR by fax.

You may contact the Settlement Administrator toll-free at 1-888-312-5688.

You may contact Class Counsel at the following addresses:

Gregory N. Karasik
greg@spiromoss.com
**Spiro Moss LLP**
11377 West Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683
(310) 235-2468

Sahag Majarian
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Blvd.
Tarzana, CA 91356
(818) 609-0807

**BY ORDER OF THE U.S. DISTRICT COURT**
**Honorable Dolly M. Gee, United States District Judge**

MUST BE EMAILED, FAXED OR MAILED BY OCTOBER 19, 2011

Marenco v. Visa Inc.
c/o The Garden City Group, Inc.
P.O. Box 9725
Dublin, OH 43017-5625

VSA



Claim No:

Control No:

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, **OR** if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

**Name:**

**Address:**

**City/State/Zip:**

# CLAIM FORM

*Marenco vs. Visa Inc.*
United States District Court for the Central District of California
Case No. CV10-8022 DMG (VBK)

To receive money under the Settlement, you must fill out this form, sign under penalty of perjury, and then email, fax or mail it by October 19, 2011. You may submit your Claim Form via email to callrecordingsettlement@gcginc.com, via fax to 206-876-5295 or by postal mail to the address above.

**Please note:** If you provide incomplete, incorrect, or inaccurate information, your claim may be denied. The information you provide will be used for processing of your claim and will not be used or released for any other purpose. Your Social Security Number or Taxpayer I.D. Number is necessary for tax reporting purposes. If you redact, delete, or revise any of the language on this form, your claim will not be considered.

**Personal Information**. Please provide the following information:

Telephone Number: (________)____________-____________

Social Security or Taxpayer I.D. Number: ☐☐☐☐☐☐☐☐☐

Read the following carefully, fill in the blanks, and if it is true, then sign under oath below:

**I hereby declare under penalty of perjury under the laws of the United States, the State of California, and the State of my residence, that I am a member of the Settlement Class because I called one or more of the Affected Phone Lines listed in the Class Notice before October 1, 2010, and spoke with a live person while I was residing in or located in (check all that apply):**

☐ **California;** ☐ **Florida;** ☐ **Maryland;** ☐ **Nevada;** ☐ **New Hampshire;** ☐ **Washington**

**and the approximate date(s) of my call(s) were** ______________________________

____________________________________________________.

Signed: ____________________________ Date:________________

**MUST BE EMAILED, FAXED OR MAILED BY OCTOBER 19, 2011**

**Marenco v. Visa Inc.**
**c/o The Garden City Group, Inc.**
**P.O. Box 9725**
**Dublin, OH 43017-5625**

VSA



Claim No:

Control No:

## EXCLUSION FORM

*Marenco vs. Visa Inc.*
United States District Court for the Central District of California
Case No. CV 10-8022 DMG (VBK)

**IN ORDER FOR YOU TO BE EXCLUDED FROM THE CLASS AND FROM THE SETTLEMENT IN THE ABOVE-REFERENCED LAWSUIT, YOU MUST COMPLETE THIS FORM AND SUBMIT IT FOLLOWING THE PROCEDURES SET FORTH BELOW.**

You are a member of the Settlement Class if you called one of the telephone numbers listed in the Class Notice before October 1, 2010, and spoke with a live person while you were located or residing in California, Florida, Maryland, Nevada, New Hampshire or Washington. If you wish to be excluded from the Settlement Class, meaning you will not be deemed a Class Member and your rights and remedies with respect to the claims and parties in this action will not be affected, and you will not receive a portion of the net Settlement amount, please fill out this form completely, sign your name, and submit it via email to callrecordingsettlement@gcginc.com, via fax to 206-876-5295 or by postal mail to the address above.

If you email or fax your Exclusion Form, you must do so by October 19, 2011. If you mail your Exclusion Form, it must be postmarked by October 19, 2011.

**Personal Information**. Please provide the following information:

Name (first, middle and last): ______________________________

Street Address: ______________________________

City, State, Zip Code: ______________________________

Telephone Number: (________)______________________________

**I wish to be excluded from the Settlement Class.**

Signed: ______________________________ Date: ______________________________