Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582

Dennis F. Moss (SBN 77512)
dennisfmoss@yahoo.com
**Spiro Moss LLP**
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel.: (310) 235-2468
Fax: (310) 235-2456

Sahag Majarian II (SBN 146621)
sahagii@aol.com
**Law Office of Sahag Majarian II**
18250 Ventura Blvd.
Tarzana, California 91356
Tel (818) 609-0807
Fax (818) 609-0892

Attorneys for Plaintiff
FRANCISCO MARENCO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MARENCO, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VISA, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 10-8022 DMG (VBKa)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF GREGORY N. KARASIK IN SUPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: November 28, 2011<br>Time: 9:30 a.m.<br>Ctrm: 7 |

I, Gregory N. Karasik, declare:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am lead counsel for plaintiff Francisco

Marenco ("Plaintiff") in this action. I have personal knowledge of the matters stated herein and if called and sworn as a witness would competently testify thereto.

2. Attached hereto as Exhibit 1 is a copy of the most recent summary of the response to class notice prepared by the Claims Administrator. According to this summary, as of November 9, 2011:

a) a total of 15,204 class members (6,858 who called an Affected Phone Line from California and 8,346 who called an Affected Phone Line from a Covered State other than California) submitted timely claims; and

b) not a single class member has objected to the settlement.

3. Based on the number of timely claims received, the Total Settlement Amount of $18,000,000 (not including interest) reflects a gross recovery for claimants of more than 42% of the value of their claims. The maximum value of their claims is $(6,858 \times \$5,000) + (8,346 \times \$1,000) = \$42,636,000$.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on November 14, 2011.

/s/ Gregory N. Karasik
Gregory N. Karasik

# EXHIBIT 1

## GCG Marenco v. Visa, Inc. Weekly Statistics

| | Cumulative Stats for Project | Week Ending 08/21/11 | Week Ending 08/28/11 | Week Ending 09/04/11 | Week Ending 09/11/11 | Week Ending 09/18/11 | Week Ending 09/25/11 |
|---|---|---|---|---|---|---|---|
| **Initial Mailing: Completed August 16, 2011** | 399,151 | | | | | | |
| **Helpline: 1 (888) 312-5688 - Live on August 10, 2011** | | | | | | | |
| Total Number of Calls to the IVR | 5,210 | 698 | 1,643 | 710 | 376 | 282 | 239 |
| Total IVR Minutes | 24,431 | 2,635 | 8,192 | 3,383 | 1,667 | 1,430 | 1,165 |
| Total Calls Requesting Support | 2,671 | 385 | 819 | 374 | 187 | 153 | 121 |
| **Website: www.CallRecordingSettlement.com** | | | | | | | |
| Number of Visits to the Website | 101,954 | 20,092 | 20,443 | 21,159 | 21,803 | 8,340 | 5,144 |
| **Claim Forms** | | | | | | | |
| Total Number of Timely Claim Forms | 15,204 | 151 | 4,115 | 2,847 | 1,208 | 1,267 | 1,014 |
| Deadline: October 19, 2011 (Postmarked, Faxed or Emailed) | | | | | | | |
| Number of Timely Claim Forms (California) | 6,858 | | | | 3,183 | 528 | 428 |
| Number of Timely Claim Forms (Non-California) | 8,346 | | | | 5,138 | 739 | 586 |
| Total Number of Late Claim Forms | 153 | | | | | | |
| Number of Late Claim Forms (California) | 96 | | | | | | |
| Number of Late Claim Forms (Non-California) | 57 | | | | | | |
| **Returned Mail** | | | | | | | |
| Number of Notice Packets Returned With Change of Address | 2,949 | 8 | 2,273 | 504 | 69 | 31 | 17 |
| Number of Notice Packets Returned as Undeliverable | 52,255 | 29 | 23,559 | 19,516 | 4,639 | 1,713 | 1,012 |
| Total Number of Notice Packets Mailed After Initial Mail Date | 3,532 | 2 | 1,134 | 1,860 | 114 | 128 | 79 |
| **Exclusions/Objections** | | | | | | | |
| Total Number of Timely Requests for Exclusion Received | 1,991 | 8 | 444 | 729 | 225 | 187 | 71 |
| Deadline: October 19, 2011 (Postmarked, Faxed or Emailed) | | | | | | | |
| Number of Timely Exclusions (California) | 528 | | | | 372 | 56 | 9 |
| Number of Timely Exclusions (Non-California) | 1,463 | | | | 1,034 | 131 | 62 |
| Number of Late Exclusions | 11 | | | | | | |
| Number of Deficient Exclusions | 18 | | | | | | |
| Total Number of Objections Received | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deadline: November 7, 2011 (Filed) | | | | | | | |
| **Claimant Correspondence** | | | | | | | |
| Total Number of Administrative Mail Received | 227 | 5 | 70 | 12 | 14 | 12 | 13 |

# GCG — Marenco v. Visa, Inc. Weekly Statistics

| | Cumulative Stats for Project | Week Ending 10/02/11 | Week Ending 10/09/11 | Week Ending 10/16/11 | As of 10/19/11 | As of 10/23/11 | As of 10/30/11 |
|---|---|---|---|---|---|---|---|
| **Initial Mailing: Completed August 16, 2011** | 399,151 | | | | | | |
| **Helpline: 1 (888) 312-5688 – Live on August 10, 2011** | | | | | | | |
| Total Number of Calls to the IVR | 5,210 | 237 | 208 | 232 | 192 | 69 | 151 |
| Total IVR Minutes | 24,431 | 1,014 | 974 | 1,111 | 996 | 297 | 720 |
| Total Calls Requesting Support | 2,671 | 119 | 110 | 122 | 100 | 29 | 70 |
| **Website: www.CallRecordingsSettlement.com** | | | | | | | |
| Number of Visits to the Website | 101,954 | 2,147 | 585 | 683 | 720 | 189 | 260 |
| **Claim Forms** | | | | | | | |
| Total Number of Timely Claim Forms | | | | | | | |
| Deadline: October 19, 2011 (Postmarked, Faxed or Emailed) | 15,204 | 738 | 825 | 977 | 982 | 802 | 262 |
| Number of Timely Claim Forms (California) | 6,858 | 329 | 380 | 874 | 428 | 537 | 162 |
| Number of Timely Claim Forms (Non-California) | 8,346 | 409 | 445 | 103 | 554 | 265 | 100 |
| Total Number of Late Claim Forms | 153 | | | 0 | 0 | 4 | 85 |
| Number of Late Claim Forms (California) | 96 | | | | | | 60 |
| Number of Late Claim Forms (Non-California) | 57 | | | | | | 29 |
| **Returned Mail** | | | | | | | |
| Number of Notice Packets Returned With Change of Address | 2,949 | 13 | 3 | 8 | 8 | 5 | 7 |
| Number of Notice Packets Returned as Undeliverable | 52,255 | 617 | 376 | 267 | 102 | 78 | 167 |
| Total Number of Notice Packets Mailed After Initial Mail Date | 3,532 | 57 | 93 | 49 | 16 | 0 | 0 |
| **Exclusions/Objections** | | | | | | | |
| Total Number of Timely Requests for Exclusion Received | | | | | | | |
| Deadline: October 19, 2011 (Postmarked, Faxed or Emailed) | 1,991 | 52 | 108 | 73 | 58 | 33 | 3 |
| Number of Timely Exclusions (California) | 528 | 11 | 30 | 17 | 19 | 11 | 3 |
| Number of Timely Exclusions (Non-California) | 1,463 | 41 | 78 | 56 | 39 | 22 | 0 |
| Number of Late Exclusions | 11 | | | | | | |
| Number of Deficient Exclusions | 18 | | | | | | |
| Total Number of Objections Received | | | | | | | |
| Deadline: November 7, 2011 (Filed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Claimant Correspondence** | | | | | | | |
| Total Number of Administrative Mail Received | 227 | 6 | 14 | 28 | 13 | 3 | 29 |

## GCG — Marenco v. Visa, Inc. Weekly Statistics

| | Cumulative Stats for Project | As of 11/6/11 | As of 11/9/11 |
|---|---|---|---|
| **Initial Mailing: Completed August 16, 2011** | 399,151 | | |
| **Helpline: 1 (888) 312-5688 - Live on August 10, 2011** | | | |
| Total Number of Calls to the IVR | 5,210 | 112 | 61 |
| Total IVR Minutes | 24,431 | 575 | 272 |
| Total Calls Requesting Support | 2,671 | 55 | 27 |
| **Website: www.CallRecordingSettlement.com** | | | |
| Number of Visits to the Website | 101,954 | 266 | 123 |
| **Claim Forms** | | | |
| Total Number of Timely Claim Forms | | | |
| Deadline: October 19, 2011 (Postmarked, Faxed or Emailed) | 15,204 | 13 | 3 |
| Number of Timely Claim Forms (California) | 6,858 | 9 | 0 |
| Number of Timely Claim Forms (Non-California) | 8,346 | 4 | 3 |
| Total Number of Late Claim Forms | 153 | 44 | 20 |
| Number of Late Claim Forms (California) | 96 | 22 | 14 |
| Number of Late Claim Forms (Non-California) | 57 | 22 | 6 |
| **Returned Mail** | | | |
| Number of Notice Packets Returned With Change of Address | 2,949 | 1 | 2 |
| Number of Notice Packets Returned as Undeliverable | 52,255 | 130 | 50 |
| Total Number of Notice Packets Mailed After Initial Mail Date | 3,532 | 0 | 0 |
| **Exclusions/Objections** | | | |
| Total Number of Timely Requests for Exclusion Received | | | |
| Deadline: October 19, 2011 (Postmarked, Faxed or Emailed) | 1,991 | 0 | 0 |
| Number of Timely Exclusions (California) | 528 | 0 | 0 |
| Number of Timely Exclusions (Non-California) | 1,463 | 0 | 0 |
| Number of Late Exclusions | 11 | 11 | 0 |
| Number of Deficient Exclusions | 18 | 18 | 0 |
| Total Number of Objections Received | | | |
| Deadline: November 7, 2011 (Filed) | 0 | 0 | 0 |
| **Claimant Correspondence** | | | |
| Total Number of Administrative Mail Received | 227 | 5 | 3 |