UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-08022 DMG (VBKx) | Date | December 6, 2011 |
| Title | *Francisco Marenco v. Visa Inc., et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENT**

On October 17, 2011, Plaintiff filed a motion for attorneys' fees, costs, and enhancement payment [Doc. # 41], which the Court granted on the record during the November 28, 2011 hearing [Doc. # 53]. Pursuant to the Court's statements on the record, Plaintiff's counsel is awarded fees in the amount of $4,500,000 and costs in the amount of $9,128.54, and Plaintiff is awarded an enhancement payment in the amount of $18,000.

**IT IS SO ORDERED.**