1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MARENCO, individually and on behalf of other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VISA INC.,<br><br>　　　　Defendant. | CASE NO.  CV10-8022 DMG (VBKx)<br><br>**ORDER APPROVING DISTRIBUTION OF RESIDUAL FUNDS TO *CY PRES* RECIPIENTS [57]** |

The Court, having reviewed and considered the parties' Stipulation re Distribution of Residual Funds to *Cy Pres* Recipients ("Stipulation"), and good cause appearing therefor, hereby orders as follows regarding the distribution of the funds remaining from settlement checks that have not been cashed and have become stale (which amount to approximately $403,457.65) (the "Funds"):

1. The Settlement Administrator, Garden City Group, Inc. ("GCG"), shall pay the sum of Three Hundred Thousand Dollars ( $300,000.00) from the Funds to CONSUMER ACTION; and

2. GCG shall pay the remainder of the Funds, less any remaining reasonable fees and expenses owed to GCG, to the ELECTRONIC FRONTIER FOUNDATION.

**IT IS SO ORDERED.**

DATED: September 5, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE